NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MARVA J. SNEED,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7029

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-2715, Judge William A. Moorman.

---

**ON MOTION**

---

**O R D E R**

Marva J. Sneed moves for a 60-day extension of time to obtain counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

MARVA SNEED V. SHINSEKI                                                    2

    The motion is granted to the extent that Sneed's opening brief (informal brief form enclosed) is due within 60 days of the date of filing of this order.  No further extensions should be anticipated.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21